# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zavie M. Marks,<br><br>      Petitioner,<br><br>      v.<br><br>Theresa Cisneros,<br><br>      Respondent. | Case No. 5:21-cv-01642-FWS-LAL<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

///
///
///

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination. Accordingly, **IT IS ORDERED THAT**:

1. The Report and Recommendation is approved and accepted;

2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

3. The Clerk serve copies of this Order on the parties.

DATED: March 24, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE