JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zavie M. Marks,<br><br>    Petitioner,<br><br>v.<br><br>Theresa Cisneros,<br><br>    Respondent. | Case No. 5:21-cv-01642-FWS-LAL<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 24, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1